In the Matter of JOHN M. KELLY, Appellant, against WILLIAM F. MORGAN, JR., as Commissioner of Public Markets of the City of New York, Respondent.

(Argued November 19, 1936; decided December 4, 1936.)

*Joseph F. Ryan* and *Abraham Bernard King* for appellant.

*Paul Windels, Corporation Counsel (Arthur Bainbridge Hoff* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.